### 18173. COCHRAN v. THE STATE.

BLOODWORTH, J. "It not appearing from the bill of exceptions and the record that the bill of exceptions was presented to the trial judge within twenty days of the judgment excepted to (the overruling of the defendant's motion for a new trial), this court is without jurisdiction to entertain the case." *Hutchins* v. *State*, 35 *Ga. App.* 395 (133 S. E. 266).

> *Writ of error dismissed. Broyles, C. J., and Luke, J., concur.*
>
> DECIDED JULY 14, 1927.

Possessing intoxicating liquor; from Cobb superior court—Judge John S. Wood. April 11, 1927.

*H. B. Moss,* for plaintiff in error.

*George D. Anderson, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 148, n. 73 New.

### 18174. GRINSTEAD v. THE STATE.

BROYLES, C. J. 1. "The law of voluntary manslaughter may properly be given in charge to the jury on the trial of one indicted for murder, where, from the evidence or from the defendant's statement at the trial, there is anything deducible which would tend to show that he was guilty of voluntary manslaughter, or which would be sufficient to raise a doubt as to which of these grades of homicide was committed." *Reeves* v. *State*, 22 *Ga. App.* 628 (97 S. E. 115); *Elders* v. *State*, 24 *Ga. App.* 279 (100 S. E. 781); *May* v. *State*, 24 *Ga. App.* 379 (11), 382 (100 S. E. 797). Under the ruling just stated and the facts of the instant case, the court did not err in instructing the jury upon the law of voluntary manslaughter.

2. The verdict was authorized by the evidence.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
>
> DECIDED JULY 14, 1927.

Manslaughter; from Montgomery superior court—Judge Graham. April 9, 1927.

*Saffold, Sharpe & Saffold,* for plaintiff in error.

*M. H. Boyer, solicitor-general,* contra.

Homicide, 30 C. J. p. 406, n. 17; p. 407, n. 19; p. 408, n. 22.